Form a0ntcsch
(Rev. 1/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re: Jennifer Noelle Kaech                     Case No.: 2:15−bk−50532

          Debtor(s)                              Chapter: 13

SSN/TAX ID:
   xxx−xx−0273                                   Judge: C. Kathryn Preston

---

**Notice of Deficient Filing,**
**Order Setting 14 Day Deadline for Compliance**
**or Presentation to Bankruptcy Judge**

The above−captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 342(b), 521(a)(1), Fed. R. Bankr. P. 1007 and 2016, and/or Local Bankruptcy Rules 1007, 1015, and 5005−4. The missing documents are:

- ☐ Attorney's Certification Regarding Notice to Debtor required by 11 USC sec. 342(b) (Exhibit B)
- ☐ Signature of Non−Attorney Petition Preparer and Certification Regarding Notice to Debtor (Form B1, Page 3)
- ☐ Signature of Debtor and Certification Regarding Notice to Debtor (Form B1, Page 3)
- ☑ Schedules of Assets and Liabilities:
    (Schedules(s) A − J missing)
- ☑ Summary of Schedules (Form B6 Summary)
- ☑ Statistical Summary of Schedules (Form B6 Summary − page 2)
- ☑ Declaration Concerning Debtor's Schedules (Form B6 Declaration)
- ☑ Statement of Your Current Monthly Income (Form B22A−1, Form B22B, or Form B22C−1 as appropriate for your filing chapter)
- ☐ Chapter 7 Means Test Calculation (Form B22A−2)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form B22C−2)
- ☑ Statement of Financial Affairs

---

- ☐ 20 Largest Unsecured Creditors
- ☐ Attorney Disclosure Statement
- ☐ Attorney Signature Page 3
- ☐ Bankruptcy Petition Preparer Signature (Form B19)
- ☐ Corporate Resolution
- ☐ Exhibit D: ☐ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife
- ☐ Credit Briefing Certification for: ☐ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife; ☐ Both Joint Debtors
- ☐ Certification of Exigent Circumstances pursuant to 11 USC sec. 109(h)(3)
- ☐ Motion for Determination of Exigent Circumstances
- ☐ Motion for Determination with Regard to Credit Counseling Briefing Requirement
- ☐ LBR Form 1015−2 − Statement of Related Cases
- ☐ Form 21 − Statement of Social Security Number(s)

    The deadline for filing the required document(s) is **FOURTEEN (14)** days from the date of the filing of the petition. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for further action.

**IT IS SO ORDERED.**

Dated: February 2, 2015

                                                  **/s/ BY THE COURT**