FILED
2015 FEB 2 PM 2 45
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In Re: Jennifer Kaech

Case No.: 15-50532

Debtor(s)

# VERIFICATION OF CREDITORS MAILING LIST

The above named Debtor (s) hereby verifies that the attached list of creditors is true and correct to the best of our knowledge.

Date: 2/2/15

_Jennifer M Kaech_
Debtor

_____
Joint Debtor

NORTHWEST FARM CREDIT SERVICES
1700 S ASSEMBLY ST
SPOKANE, WA 99220

TITLEMAX OF OHIO, INC
15 BULL ST
SAVANNAH, GA 31401

CT CORPORATION
1300 E NINTH ST
CLEVELAND, OH 44114

ATTN: CUSTOMER SERVICE
NCP FINANCE OHIO, LLC
205 SUGAR CAMP CIRCLE, DEPT TMX
DAYTON, OH 45409

CHIPWOOD MANAGEMENT CO, LLC
3040 RIVERSIDE DR, STE 122
COLUMBUS, OH 43221

CHARLES POSTLEWAITE
3040 RIVERSIDE DR, STE 122
COLUMBUS, OH 43221

SECURITY PLUS STORAGE
135 CONNECTOR RD
GEORGETOWN, KY 40324

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130

MACY'S VISA
BANKRUPTCY PROCESSING
PO BOX 8053
MASON, OH 45040

JUNIPER/BARCLAYS
CARD SERVICES
PO BOX 8801
WILMINGTON, DE 19899-8801

FIFTH THIRD BANK BANKRUPTCY DEPT
1830 E PARIS AVE SE
MD RSCB3E
GRAND RAPIDS, MI 49546

OSU VETERINARY MEDICAL CENTER
ACCOUNTING DEPARTMENT
601 VERNON L THARP ST
COLUMBUS, OH 43210

HAGYARD PHARMACY BILLING
4250 IRON WORKS PIKE
LEXINGTON, KY 40511

CSW FARMS
8651 RIEBEL RD
GALLOWAY, OH 43119

CITY OF COLUMBUS, OHIO
PARKING VIOLATIONS BUREAU
2700 IMPOUND LOT ROAD
COLUMBUS, OH 43207-1891

SYNCHRONY BANK/CARE CREDIT
ATTN: BANKRUPTCY DEPT
PO BOX 965061
ORLANDO, FL 32896-5061

MOHELA/DEPARTMENT OF EDUCATION
633 SPIRIT DR
CHESTERFIELD, MO 63005

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR, STE 500
WELDON SPRING, MO 63304

COLUMBUS - CITY TREASURER
SEWER AND WATER SERVICES
910 DUBLIN RD
COLUMBUS, OH 43215

AEP
PO BOX 24401
CANTON, OH 44701-4401

INFECTIOUS DISEASE CONSULTANTS
685 BRYDEN RD
COLUMBUS, OH 43205

OHIO STATE UNIVERSITY
PATIENT FINANCIAL SERVICES
PO BOX 183102
COLUMBUS, OH 43218-3102

THE REVENUE GROUP
PO BOX 93983
CLEVELAND, OH 44101-5983

SOUTHERN OHIO EMERGENCY PHYS LLP
PO BOX 140190
TOLEDO, OH 43614-0190

UNITED COLLECTION BUREAU, INC
4100 HORIZONS DR STE 101
COLUMBUS, OH 43220

DAYTON POWER AND LIGHT
PO BOX 1247
DAYTON, OH 45401

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK DR S STE 300
GLENDALE, COLORADO 80246

AFFILIATED CREDIT SERVICES
PO 7739
ROCHESTER, MN 55903

VECTREN ENERGY DELIVERY
PO BOX 209
EVANSVILLE, IN 47702-0209

WEST ASSET MGMT
2703 N HIGHWAY 75
SHERMAN, TX 75090

HOLLYWOOD CASINO COLUMBUS
PAYROLL/ACCOUNTING
200 GEORGESVILLE RD
COLUMBUS, OH 43228

RELIANT CAPITAL SOLUTIONS, LLC
750 CROSS POINTE RD STE G
GAHANNA, OH 43230-6692

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KENTUCKY DEPT OF REVENUE
DIVISION OF COLLECTIONS
PO BOX 491
FRANKFORT, KY 40602-0491

BOURBON COUNTY CLERK/PVA
RICHARD STIPP EADS, CLERK
PO BOX 312
PARIS, KY 40361

LOWER LIGHTS CHRISTIAN HEALTH CENTER
1160 W BROAD ST
COLUMBUS, OH 43222

FEDEX REVENUE SERVICE
3965 AIRWAYS BLVD
MODULE G THIRD FLOOR
MEMPHIS, TN 38116-5017

THE COLUMBUS DISPATCH
5300 CROSSWIND DR
COLUMBUS, OH 43228
ATTN: CUSTOMER SERVICE

HOUSING HEADQUARTERS, INC
175 E HAWTHORN PARKWAY, STE 102
VERNON HILLS, IL 60061

LUKE MOONEY
5510 GROVE CITY ROAD
GROVE CITY, OH 43123